| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mary Alida Luzuriaga<br>725 S. Valinda Ave<br>West Covina, CA 91790<br>Ph. 626 825-6764<br>MAVLuzuriaga@gmail.com | FILED<br>JAN 19 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ Deputy Clerk |

☐ Debtor(s) appearing without an attorney
☐ Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

In re:

Mary Alida Luzuriaga

Debtor(s).

CASE NO.: 22-10291-SK
CHAPTER: Chapter 13

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☐ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☒ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 1/19/2022   Mary Alida Luzuriaga   /s/ Mary Ly
                  Printed name of Debtor 1       Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                            Page 1                            F 1002-1.EMP.INCOME.DEC