| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RoseAnn Frazee (SBN: 262516)<br>Frazee Law Group<br>5133 Eagle Rock Blvd<br>Los Angeles, CA 90041<br>Phone: (323) 274-4287<br>Fax: (323) 967-7600<br>rfrazee@frazeelawgroup.com<br><br><br>*Respondent appearing without attorney*<br>*Attorney for Respondent:* Mary Alida Luzuriaga | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Mary Alida Luzuriaga<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-10291-SK<br>CHAPTER: 13<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE: March 16, 2022<br>TIME: 8:30 a.m.<br>COURTROOM: 1575<br>PLACE: 255 East Temple Street<br>       Los Angeles, CA 90012 |

**Movant:** U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, its successors and/or assignees

**Respondent:**  ☒ Debtor  ☐ trustee  ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1)  Movant's attorney (or Movant, if Movant does not have an attorney);
>
> (2)  the trustee; and
>
> (3)  the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1.  ☐  **NONOPPOSITION**
    The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014           Page 1           **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION**

a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before *(date):* _____ and the reason for this request is *(specify):*

b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

The Debtor:

(1) ☐ has no knowledge of the Property.
(2) ☐ has no interest in the Property.
(3) ☐ has no actual possession of the Property.
(4) ☐ was not involved in the transfer of the Property.

c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

a. ☐ The Motion was not properly served *(specify):*

(1) ☐ Not all of the required parties were served.
(2) ☐ There was insufficient notice of the hearing.
(3) ☐ An incorrect address for service of the Motion was used for *(specify):*

b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

(1) ☒ The value of the Property is $769,000.00 _____, based upon *(specify):* The property report obtained by the Debtor.  See Declaration of Mary Alida Luzuriaga.

(2) ☒ Total amount of debt (loans) on the Property is $554,214.80 _____.

(3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

(4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

(5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.

(6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current.  A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

(7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☒ Other *(specify):* The Debtor's bankruptcy filing is not part of a scheme to delay, hinder, or defraud. The Debtor's past bankruptcy filings were dismissed due to negligence on the part of her attorneys.

c.  ☒  Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter _____ to chapter _____.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
☐ are current, or  ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $_____.

(5) ☒ Movant has an equity cushion of $214,785.20_____ or 38.75% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because *(specify):*

(7) ☒ The motion should be denied because *(specify):*
The Debtor is postpetition current on her mortgage and the creditor is adequately protected due to the equity cushion on the property.

(8) ☒ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor          ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee             ☐ Declaration by trustee's attorney
☐ Declaration by appraiser           ☐ Other *(specify):*

Date: 3/1/2022

Frazee Law Group
_____
Printed name of law firm for Respondent (if applicable)

RoseAnn Frazee
_____
Printed name of individual Respondent or attorney for Respondent

*Rose Ann Frazee*
_____
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 3                          F 4001-1.RFS.RESPONSE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
155 North Lake Avenue, 8th Floor, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 03/01/2022    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Debtor's Attorney:  RoseAnn Frazee  roseann@frazeelawgroup.com
Chapter 13 Trustee:  Kathy A Dockery  EFiling@LATrustee.com
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Secured Creditor U.S. Bank Trust National Association: Erica T Loftis  bknotifications@ghidottiberger.com
Creditor: Thomas B Ure  tbuesq@aol.com, urelawfirm@jubileebk.net, tom@ecf.courtdrive.com

☐  Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On *(date)* 03/01/2022    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Attorney for Movant: | Chapter 13 Trustee | United States Bankruptcy Judge |
|---|---|---|
| Erica Loftis, Esq. | Kathy A. Dockery | Honorable Sandra R. Klein |
| Adam P. Thursby, Esq. | 801 Figueroa Street, Suite 1850 | 255 E. Temple Street, Suite 1582 |
| GHIDOTTI BERGER LLP | Los Angeles, CA 90017 | Los Angeles, CA 90012 |
| 1920 Old Tustin Ave. | | |
| Santa Ana, CA 92705 | | |

☐  Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/01/2022 | Denali Purvis | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 4    F 4001-1.RFS.RESPONSE

RoseAnn Frazee (SBN 262516)
FRAZEE LAW GROUP
5133 Eagle Rock Blvd
Los Angeles, CA 90041
Telephone: (323) 274-4287
Facsimile: (323) 967-7600

Attorney for Debtor: Mary Alida Luzuriaga

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Mary Alida Luzuriaga,<br><br><br><br>Debtor. | Case No.: 2:22-bk-10291-SK<br><br>Chapter 13<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM STAY**<br><br>Date: March 16, 2022<br>Time: 8:30 a.m.<br>Courtroom: 1575<br>Place: 255 E. Temple Street<br>　　　Los Angeles, CA 90012 |

I.   **INTRODUCTION**

On January 19, 2022, the Debtor Mary Alida Luzuriaga ("Debtor") filed the instant

petition in pro per.  On February 2, 2022, the Debtor retained Frazee Law Group to file the

remaining paperwork and help the Debtor complete her Chapter 13 case.

The Debtor has filed four prior bankruptcy cases.  The Debtor received a Chapter 7

discharge from her first filing, case number 2:16-bk-20351.  The subsequent three filings were

dismissed due to the negligence of the Debtor's attorneys.  See Declaration of Mary Alida

Luzuriaga, ¶3-6.

The real property located at 725 S. Valinda Avenue, West Covina, CA 91790 ("Subject

Property") is valued at approximately $769,000.00.  The only lien encumbering the Subject

Property is held by the Movant and the balance is approximately $554,214.80 leaving an equity

cushion of $214,785.20 or 38.75%.  The Debtor has made the postpetition mortgage payments

for the months of February and March 2022.  See Declaration of Mary Alida Luzuriaga, ¶1-2

and Exhibit A and B.

II.   **ARGUMENTS**

A.   **The Movant is Adequately Protected.**

Where the secured creditor is oversecured, the secured creditor is protected by the

value of the collateral exceeding the amount of the secured creditor's claim.  The equity

cushion shields the creditor from loss due to any decrease in value of the collateral during

the period the stay remains in effect. In re Mellor., (9th Cir. 1984) 734 F2d 1396.

In this case, the Subject Property is valued at about $769,000.00 and the Movant's

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM
STAY

claim is only $554,214.80 leaving an equity cushion of $214,785.20 or 38.75%. The

Ninth Circuit has held that a 20% equity cushion adequately protects a creditor's security

interest. In re Mellor., (9th Cir. 1984) 734 F2d 1396, 1401. See Declaration of Mary

Alida Luzuriaga, ¶2 and Exhibit B.

  In addition, the Debtor has been making her postpetition mortgage payments.

Copies of the Debtor's February and March mortgage payments are attached to this

Response. See Declaration of Mary Alida Luzuriaga ¶1 and Exhibit A. Therefore, the

Movant is adequately protected.

**B. The Filing of the Petition is Not Part of a Scheme to Delay, Hinder,
and Defraud Creditors.**

  Before §362(d)(4) in rem relief can be granted, the court must find that the party

seeking stay relief is a creditor whose claim is secured by a security interest in the real

property. The court must also find that the filing of the debtor's case was part of "a

scheme to delay, hinder, or defraud creditors" that involves either the transfer of all or

part ownership of the real property without the secured creditor's consent or court

approval; or multiple bankruptcy filings affecting such real property. In re First Yorkshire

Holdings, Inc. (9th Cir. BAP 2012) 470 BR 864. The court must affirmatively find all

elements are present before granting §362(d)(4) relief. Id. at 870-71.

  However, the Ninth Circuit BAP has determined that the fact the debtor filed

multiple bankruptcies over an extended period of time does not justify finding a

"scheme" for the purposes of §362(d)(4). Instead, evidence must be presented that the

bankruptcy filings were designed or executed in a manner to delay, hinder or defraud

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM
STAY

1  creditors. <u>In re Jimenez</u> (9th Cir. BAP 2020) 613 BR 537.

2       In this case, the Movant has presented no evidence that the Debtor's bankruptcy

3  filings were designed or executed in a manner to delay, hinder or defraud creditors. The

4  only evidence that Movant has provided for §362(d)(4) in rem relief are the existence of

5  the prior bankruptcy filings. As the Debtor notes in her declaration, the Debtor filed her

6  previous bankruptcies because of financial hardship she suffered due to her previous

7  employer not paying her, not as a scheme to delay, hinder or defraud creditors. The

8  Debtor's previous bankruptcies were dismissed due to the negligence of her prior

9  attorneys. See Declaration of Mary Alida Luzuriaga, ¶3-6.

10

11              **III.    <u>CONCLUSION</u>**

12       Based on the foregoing, the Movant's motion to lift the automatic stay should be denied.

13  The Movant is adequately protected and this bankruptcy was not filed as a scheme to delay,

14  hinder or defraud creditors.

15

16

17  Dated: March 1, 2022                    Frazee Law Group

18

19

20  By: _RoseAnn Frazee_____

21       RoseAnn Frazee
         Attorney for Debtor

22

23

24

25

26

27

28

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM
STAY

RoseAnn Frazee (SBN: 262516)
FRAZEE LAW GROUP
5133 Eagle Rock Blvd
Los Angeles, CA 90041
Phone: (323) 274-4287
Fax: (323) 967-7600
rfrazee@frazeelawgroup.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

IN RE:

Mary Alida Luzuriaga,

          Debtor.

Case No.: 2:22-bk-10291-SK

Chapter 13

**DECLARATION OF MARY ALIDA LUZURIAGA IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM STAY**

Date: March 16, 2022
Time: 8:30 a.m.
Courtroom: 1575
Place: 255 E. Temple Street
        Los Angeles, CA 90012

## DECLARATION OF MARY ALIDA LUZURIAGA

    I, Mary Alida Luzuriaga, am the Debtor in this case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could would competently testify thereto.

    1.    I am current on my postpetition mortgage payments. Proof of my February and March 2022 mortgage payments are attached as Exhibit A.

2.      I have also obtained a property report for my real property located at 725 S. Valinda Avenue, West Covina, CA 91790 ("Subject Property"). The property report values the Subject Property at approximately $769,000.00 leaving an equity cushion of $214,785.20 depending on the amount of the Movant's claim. A true and correct copy of the property report is attached as Exhibit B.

3.      My previous bankruptcy filings were not part of a scheme to delay, hinder, or defraud creditors. I had to file because I was in financial hardship due to one of my previous employers not paying my professional services on time. I received a discharge in my chapter 7 bankruptcy, case number 2:16-bk-20351, on November 18, 2016.

4.      I retained Neil R. Hedtke ("Hedtke") to represent me in my chapter 13 filings in 2017. Hedtke filed two bankruptcy cases for me, case numbers 2:17-bk-17592-SK and 2:17-bk-20067-WB. However, Hedtke failed to file the required paperwork and as a result both cases got dismissed. A true and correct copy of the dockets for both cases are attached as Exhibit C.

5.      In 2019, I retained Thomas B Ure ("Ure") to file another chapter 13 case on my behalf. The case Ure filed was case number 2:19-bk-14089-VZ. While Ure filed the appropriate paperwork, he failed to inform me about the need to make chapter 13 plan payments, nor did he explain how to make those plan payments. Ure also failed to timely respond to the chapter 13 trustee objections. The case was ultimately dismissed for failure to make plan payments among other issues. A true and correct copy of the court docket is attached as Exhibit D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on March 1, 2022, in West Covina, California.

By _____
Mary Alida Lazuriaga

DECLARATION OF MARY ALIDA LUZURIAGA IN SUPPORT OF RESPONSE TO MOTION TO FOR RELIEF FROM STAY

# Exhibit A

# View Online Payments

This page will allow you to view all payments made through this website, manage currently scheduled payments and manage your checking account information used to make payments.

## Bank Accounts

Update your existing bank account information or add additional bank accounts.

Manage Bank Accounts

## Scheduled Payments

No payments have been scheduled on your account. Click here to make a

New Payment

## Online Payment History

These are the past six months of payments that have processed through the online payment system.

| Loan | Account | Amount | Payment Date |
|---|---|---|---|
| XXXXXX2422 | SOUTHERN CALIFORNIA EDISON CO FCU | $1,597 | 2/10/2022 |

# SN SERVICING CORPORATION

Log Off
Services
Make Payment
View Online Payments
Billing Statements
Loan Activity
Loan Status
Payoff Quote
Year End Tax
Personal Information
Privacy Information
Change Profile
Change Username
Change Password
Change Secret Question
Manage Alerts
Privacy Policy
Terms and Conditions
SNSC Home
Contact

## View Online Payments

This page will allow you to view all payments made through this website, manage currently scheduled payments and manage your checking account information used to make payments.

### Bank Accounts

Update your existing bank account information or add additional bank accounts.

Manage Bank Accounts

### Scheduled Payments

These are the scheduled payments that exist on your account. Active payments are processed by the online payment system and will appear below when completed. Payments cannot be edited or deleted after they are processed on the day they are scheduled to be paid.

| Loan | Account | Amount | Frequency | Occurrences | Payment Date | Edit | Delete |
|---|---|---|---|---|---|---|---|
| XXXXXX2422 | SOUTHERN CALIFORNIA EDISON CO FCU | $1,597.00 | One-time Only | 1 payments | 3/1/2022 | ✎ | ✗ |

### Online Payment History

These are the past six months of payments that have processed through the online payment system.

| Loan | Account | Amount | Payment Date |
|---|---|---|---|
| XXXXXX2422 | SOUTHERN CALIFORNIA EDISON CO FCU | $1,597 | 2/10/2022 |


Contact




Privacy Policy. Terms & Conditions
© 2022 Security National Master Holding Company, LLC. All rights reserved

# Exhibit B



PROPERTY REPORT

# 725 S Valinda Ave, West Covina, CA 91790





Presented by

## Shahram Mohtashem | REALTOR®

California Real Estate License: 01892597
California Appraisal License: 01892597


**EVERGREEN REALTY**

Mobile: (626) 775-7765 | Mobile: (909) 243-0203

Main: shawnmsells@gmail.com

**HomeSmart Evergreen Realty**
450 N. Mountain ave suite A
Upland, CA 91786

RPR    Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
2/26/2022

**HOMESMART.** | **Property Report**                              725 S Valinda Ave, West Covina, CA 91790

# 725 S Valinda Ave, West Covina, CA 91790



Legend:   Subject Property

■ **Off Market**   * *Foreclosure, Notice of Foreclosure Sale*

## Current Estimated Value
# $708,720

Last RVM® Update: 2/8/2022

RVM® Est. Range: $638K – $780K

RVM® Confidence: ★ ★ ★ ★ ★

⬇ RVM® Change - Last 1 Month: -$7,130

⬆ RVM® Change - Last 12 Months: 13.16%

## Your Refined Value
# $769,163

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
2/26/2022

**HOMESMART.**  |  **Property Report**

725 S Valinda Ave, West Covina, CA 91790

# Home Facts

## Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | Single Family | – | Single Family |
| Property Subtype | Single Family Residential | – | – |
| Bedrooms | 3 | – | 4 |
| Total Baths | 1 | – | 2 |
| Full Baths | 1 | – | 2 |
| Partial Baths | – | – | 0 |
| Living Area (sq ft) | 1,217 | – | 1,217 |
| Lot Size | 9,283 sqft | – | 9,282 sqft |
| Lot Dimensions | 9283 SF | – | 9282 SF |
| Pool | Yes | – | Yes |
| Year Built | 1953 | – | 1953 |
| Heating | Floor/Wall | – | wall |
| Construction | Wood | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | Luzuriaga Mary A; Luzuriaga Trust |
| Mailing Address | 725 S Valinda Ave West Covina CA 91790-3712 |
| Phone Number | 6263383701 |
| Owner Occupied | Yes |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

HOME SMART. | **Property Report**                              725 S Valinda Ave, West Covina, CA 91790

# Extended Home Facts



Legend:  Subject Property

## Exterior Details

| | |
|---|---|
| **Lot Size - Square Feet** | 9283 sq ft |
| **Lot Size - Acres** | 0.213 ac |
| **Neighborhood Code** | 06/06143 |

## Location Details

| | | **Other Details** | |
|---|---|---|---|
| **Zoning** | WCR1* | **Building Quality** | C |
| **Walkability Score** (out of 5) | Overall: 2.6 | Amenity: 2.6 | Leisure: 2.7 | | |

## Schools (based on location)

| | |
|---|---|
| **Elementary School** | Cameron Elementary School |
| **Middle School** | Edgewood Middle School |
| **High School** | West Covina High School |
| **School District** | West Covina Unified School District |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART** | **Property Report**

725 S Valinda Ave, West Covina, CA 91790

## AARP Livability™ Index for 91790

This chart rates the overall livability of a selected ZIP code on a scale from 0 to 100. AARP Livability™ is a trademark of AARP Inc.

Data Source: AARP
Update Frequency: Annual

● 0-19   ● 20-39   ● 40-59   ● 60-79   ● 80-100



**Total Score**

**48** / 100

A score over 50 is above average

**Housing**
Affordability & Access **39**

**Neighborhood**
Access to Life, Work & Play **64**

**Transportation**
Safe & Convenient Options **55**

**Environment**
Clean Air & Water **26**

**Health**
Prevention, Access & Quality **70**

**Engagement**
Civic & Social Involvement **25**

**Opportunity**
Inclusion & Possibilities **58**

⊗ | **RPR**

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

**HOMESMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

# Refined Value

| | | |
|---|---|---|
| Original Estimated Value | See page 2 of report for details | $708,720 |
| Home Facts | See Home Facts for details | +$60,443 |
| Home Improvements | See Home Improvements for details | $0 |
| Needed Improvements | See Needed Improvements for details | $0 |
| Market Conditions | See Market Conditions for details | $0 |
| | Changes to Estimated Value based on all refinements | $769,163 |
| | | +$60,443 |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART.** | **Property Report**                                     725 S Valinda Ave, West Covina, CA 91790

# Comps and Adjustments



LEGEND:  🏠 Subject Property   ◉ Pending   📍 For Sale or For Lease   ● Distressed   ■ Recent Sale   ■ Off Market

## This Property



| | | Proxim. | Days in RPR | Date | Amount | $/sq ft | Living Area | Lot Size | Beds | Baths | Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ■ Closed<br>725 S Valinda Ave<br>West Covina, CA 91790 | – | – | – | – | $582 | 1,217 sqft | 9,282 sqft | 4 | 2 | 1953 |

*No comps have been selected for this property.*



**HOMESMART** | **Property Report**

725 S Valinda Ave, West Covina, CA 91790

# Property History

## Median Estimated Home Value

This chart displays property estimates for an area and a subject property, where one has been selected. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Valuation calculations based on public records and MLS sources where licensed

Update Frequency: Monthly

- 91790
- Los Angeles County
- California



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 7/25/2001 | $205,000 | $168 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2021 | $103,422 | $171,217 | $274,639 | $3,582 |
| 2020 | $102,362 | $169,462 | $271,824 | $3,593 |
| 2019 | $100,355 | $166,140 | $266,495 | $3,484 |
| 2018 | $98,388 | $162,883 | $261,271 | $3,300 |
| 2017 | $96,459 | $159,690 | $256,149 | $3,226 |
| 2016 | $94,568 | $156,559 | $251,127 | $3,012 |
| 2015 | $93,148 | $154,208 | $247,356 | $2,955 |
| 2014 | $91,324 | $151,188 | $242,512 | $2,941 |
| 2013 | $90,912 | $150,505 | $241,417 | $2,881 |
| 2012 | $89,130 | $147,554 | $236,684 | $2,877 |
| 2011 | $87,383 | $144,661 | $232,044 | $2,822 |
| 2009 | $86,937 | $143,922 | $230,859 | — |
| 2007 | $83,562 | $138,334 | $221,896 | — |
| 2006 | $81,924 | $135,622 | $217,546 | — |
| 2005 | $81,924 | $135,622 | $217,546 | — |

## Legal Description

| APN: | Tax ID: | Zoning: | Census Tract: | Abbreviated Description: | City/Municipality/Township: |
|---|---|---|---|---|---|
| 8487-009-005 | — | WCR1* | 060374065.003018 | TRACT # 18872 LOT 5 | West Covina, CA 91790 |


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

**HOMESMART** | **Property Report**    725 S Valinda Ave, West Covina, CA 91790

## Mortgage Records

| Recording Date | 6/28/2005 | 6/28/2005 | 2/14/2005 | 10/13/2004 |
|---|---|---|---|---|
| Borrower Name | MARY LUZURIAGA | MARY LUZURIAGA | MARY LUZURIAGA | MARY LUZURIAGA |
| Lender Name | LEHMAN BROTHERS BANK FSB | CITIBANK WEST FSB | 123LOAN LLC | AMERIQUEST MORTGAGE CO |
| Lender Type | Bank | Bank | Internet Storefront | Subprime Lender |
| Loan Amount | $343,000 | $75,000 | $56,000 | $324,540 |
| Document Number | 05-1517450 | 05-1517451 | 05-0333814 | 04-2626682 |
| Loan Type | Unknown | Credit Line (Revolving) | Credit Line (Revolving) | Unknown |
| Contract Date | 6/17/2005 | 6/21/2005 | 2/2/2005 | 9/17/2004 |
| Due Date | 7/1/2035 | – | 2/2/2020 | 10/1/2034 |
| Finance Type | Adjustable Rate | Variable | – | Adjustable Rate |
| Interest Rate | 4.87% | – | – | 6.9% |

## Deed Records

| Recording Date | 8/6/2012 | 3/16/2007 | 12/19/2003 |
|---|---|---|---|
| Document Type | Intrafamily Transfer | Intrafamily Transfer | Grant Deed |
| Sales Price Code | Non-arms length transaction. | Document states that Price/Transfer Tax is not a matter of public record | Document states price as "0", "None", "No Consideration" |
| Buyer Name | LUZURIAGA MARY A TRUST, HK AMERICA | MARY ALIDA LUZURIAGA, THE LUZURIAGA LIVING TRUST | MARY LUZURIAGA |
| Buyer ID | Company or Corporation | Trustee | Single Woman |
| Seller Name | LUZURIAGA MARY A TRUST | MARY LUZURIAGA | JUAN G VERGARA SR |
| Seller ID | Company or Corporation | Single Woman | Widow or Widower |
| Document # | 12-1159056 | 07-0598326 | 03-3825384 |
| Contract Date | 8/3/2012 | 3/16/2007 | 12/11/2003 |
| Inter-family Transfer | 1 | 1 | – |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

**HOMESMART** | **Property Report**                          725 S Valinda Ave, West Covina, CA 91790

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public records and proprietary data; listing data from on- and off-market listings sources

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART** | **Property Report**                                      725 S Valinda Ave, West Covina, CA 91790

## Distressed Activity

| | | | | |
|---|---|---|---|---|
| Recording Date | 10/13/2021 | | Recording Date | 7/1/2021 |
| Auction City | POMONA | | As Of Date | 6/28/2021 |
| Auction Date | 11/30/2021 | | Attention To | SN SERVICING CORPORATION |
| Auction Time | 1100A | | | |
| Auction Location | 400 CIVIC CENTER PLAZA | | Minimum Bid Amount | 0 |
| | | | Contract Date | 6/29/2021 |
| Minimum Bid Amount | 525147 | | Document # | 21-1031310 |
| Contract Date | 10/8/2021 | | Document Type | Notice of Default |
| Document # | 21-1542093 | | Loan # | 2422 |
| Document Type | Notice of Foreclosure Sale | | Past Due Amount | 139866 |
| | | | Payment Due Date | 2/1/2015 |
| Loan # | 2422 | | Telephone # | 800-603-0836 |
| Past Due Amount | 0 | | Trustee Mail Care of Name | BRIANA YOUNG |
| Trustee Mail Care of Name | BRIANA YOUNG | | Trustee Sales # | 21-5108 |
| Trustee Sales # | 21-5108 | | Trustee Telephone # | 800-603-0836 |
| Trustor Borrower 1 | MARY LUZURIAGA | | Trustor Borrower 1 | MARY LUZURIAGA |
| Unpaid Balance | 0 | | Unpaid Balance | 0 |

| | | | | |
|---|---|---|---|---|
| Recording Date | 8/27/2020 | | Recording Date | 1/10/2019 |
| Contract Date | 8/25/2020 | | Auction City | NORWALK |
| Document # | 20-1012853 | | Auction Date | 2/28/2019 |
| Document Type | Notice of Rescission | | Auction Time | 0900A |
| Original NOD Document # | 15-0231509 | | Auction Location | 13111 SYCAMORE DRIVE |
| Original NOD Recording Date | 3/4/2015 | | | |
| Past Due Amount | 0 | | Minimum Bid Amount | 474176 |
| Unpaid Balance | 0 | | Contract Date | 1/8/2019 |
| | | | Document # | 19-0027163 |
| | | | Document Type | Notice of Foreclosure Sale |
| | | | Past Due Amount | 0 |
| | | | Trustee Mail Care of Name | TOMMY PHI |
| | | | Trustee Sales # | 00000005044672 |
| | | | Trustor Borrower 1 | MARY LUZURIAGA |
| | | | Unpaid Balance | 0 |

| | | | | |
|---|---|---|---|---|
| Recording Date | 11/2/2017 | | Recording Date | 9/6/2016 |
| Auction City | NORWALK | | Auction City | NORWALK |
| Auction Date | 12/7/2017 | | Auction Date | 10/13/2016 |
| Auction Time | 0900A | | Auction Time | 0900A |
| Auction Location | 13111 SYCAMORE DR | | Auction Location | 13111 SYCAMORE DR |
| Minimum Bid Amount | 456843 | | Minimum Bid Amount | 428627 |
| Contract Date | 10/31/2017 | | Contract Date | 8/31/2016 |
| Document # | 17-1262529 | | Document # | 16-1066140 |
| Document Type | Notice of Foreclosure Sale | | Document Type | Notice of Foreclosure Sale |
| Past Due Amount | 0 | | Past Due Amount | 0 |
| Unpaid Balance | 0 | | Unpaid Balance | 0 |

| | | | | |
|---|---|---|---|---|
| Recording Date | 7/9/2015 | | Recording Date | 3/4/2015 |
| Auction City | NORWALK | | As Of Date | 3/2/2015 |


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**HOMESMART** | **Property Report**

725 S Valinda Ave, West Covina, CA 91790

| | | | |
|---|---|---|---|
| Auction Date | 8/20/2015 | Attention To | BARRETT DAFFIN FRAPPIER TREDER &amp; WEISS L |
| Auction Time | 0900A | | |
| Auction Location | 13111 SYCAMORE DR | Contract Date | 3/2/2015 |
| Minimum Bid Amount | 430146 | Document # | 15-0231509 |
| Contract Date | 7/7/2015 | Document Type | Notice of Default |
| Document # | 15-0828984 | Past Due Amount | 8420 |
| Document Type | Notice of Foreclosure Sale | Payment Due Date | 10/1/2014 |
| | | Telephone # | 855-286-5901 |
| Past Due Amount | 0 | Trustee Address | 15000 SURVEYOR BLVD 500 ADDISON TX 75001-9013 |
| Unpaid Balance | 0 | | |
| | | Trustee Sales # | 00000005044672 |
| | | Trustee Telephone # | 855-286-5901 |
| | | Trustor Borrower 1 | MARY LUZURIAGA |
| | | Unpaid Balance | 0 |

| | | | |
|---|---|---|---|
| Recording Date | 8/7/2014 | Recording Date | 7/29/2013 |
| Contract Date | 8/5/2014 | Auction City | POMONA |
| Document # | 14-0822790 | Auction Date | 8/22/2013 |
| Document Type | Notice of Rescission | Auction Time | 0900A |
| Original NOD Document # | 11-1254497 | Auction Location | 400 CIVIC CENTER PLZ |
| Original NOD Recording Date | 9/15/2011 | Minimum Bid Amount | 409790 |
| Past Due Amount | 0 | Contract Date | 7/25/2013 |
| Unpaid Balance | 0 | Document # | 13-1105599 |
| | | Document Type | Notice of Foreclosure Sale |
| | | Past Due Amount | 0 |
| | | Unpaid Balance | 0 |

| | | | |
|---|---|---|---|
| Recording Date | 6/7/2012 | Recording Date | 12/20/2011 |
| Auction City | NORWALK | Auction City | NORWALK |
| Auction Date | 7/5/2012 | Auction Date | 1/19/2012 |
| Auction Time | 0900A | Auction Time | 0900A |
| Auction Location | 13111 SYCAMORE DR | Auction Location | 13111 SYCAMORE DR |
| Minimum Bid Amount | 392763 | Minimum Bid Amount | 385209 |
| Contract Date | 6/5/2012 | Contract Date | 12/16/2011 |
| Document # | 12-0850439 | Document # | 11-1719549 |
| Document Type | Notice of Foreclosure Sale | Document Type | Notice of Foreclosure Sale |
| Past Due Amount | 0 | Past Due Amount | 0 |
| Unpaid Balance | 0 | Unpaid Balance | 0 |

| | | | |
|---|---|---|---|
| Recording Date | 9/15/2011 | Recording Date | 3/1/2011 |
| As Of Date | 9/12/2011 | Document # | 11-0318491 |
| Attention To | QUALITY LOAN SERVICE CORP | Document Type | Notice of Rescission |
| | | Original NOD Document # | 09-1808647 |
| Contract Date | 9/12/2011 | Original NOD Recording Date | 12/1/2009 |
| Document # | 11-1254497 | Past Due Amount | 0 |

**RPR**

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

## HOMESMART | Property Report

725 S Valinda Ave, West Covina, CA 91790

| | |
|---|---|
| Document Type | Notice of Default |
| Loan # | 0035695253 |
| Past Due Amount | 8232 |
| Payment Due Date | 4/1/2011 |
| Telephone # | 619-645-7711 |
| Trustee Sales # | CA-11-466752-CL |
| Trustee Telephone # | 619-645-7711 |
| Trustor Borrower 1 | MARY LUZURIAGA |
| Unpaid Balance | 0 |

| | |
|---|---|
| Unpaid Balance | 0 |

| | |
|---|---|
| Recording Date | 6/16/2010 |
| Auction City | NORWALK |
| Auction Date | 7/6/2010 |
| Auction Time | 1030A |
| Auction Location | 12720 NORWALK BLVD |
| Minimum Bid Amount | 362304 |
| Contract Date | 6/10/2010 |
| Document # | 10-0823409 |
| Document Type | Notice of Foreclosure Sale |
| Past Due Amount | 0 |
| Unpaid Balance | 0 |

| | |
|---|---|
| Recording Date | 12/1/2009 |
| As Of Date | 11/30/2009 |
| Attention To | QUALITY LOAN SERVICE CORP |
| Contract Date | 11/30/2009 |
| Document # | 09-1808647 |
| Document Type | Notice of Default |
| Loan # | 0035695253 |
| Past Due Amount | 8265 |
| Payment Due Date | 7/1/2009 |
| Telephone # | 619-645-7711 |
| Trustee Sales # | CA-09-329005-CL |
| Trustee Telephone # | 619-645-7711 |
| Trustor Borrower 1 | MARY LUZURIAGA |
| Unpaid Balance | 0 |

RPR
Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

**HOMESMART** | **Property Report**    725 S Valinda Ave, West Covina, CA 91790

## Estimated Home Values



| <$100k | $450k | $20m |

This map layer shows the average estimated home values, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

## 12-Month Change in Estimated Value



| -15% | 2.5% | +20% |

This map layer shows the change in estimated home values over the past 12 months, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

**RPR**    Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    2/26/2022

**HOMESMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

## Estimated Value per Square Foot



<$25          $200          >$1,000

This map layer shows average estimated value per square foot of homes, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

## Flood Zone

**This property is in Flood Zone: X (shaded), Moderate Risk**
Moderate risk areas within the 0.2-percent-annual-chance floodplain, areas of 1-percent-annual-chance flooding where average depths are less than 1 foot, areas of 1-percent-annual-chance flooding where the contributing drainage area is less than 1 square mile, and areas protected from the 1-percent-annual-chance flood by a levee. No BFEs or base flood depths are shown within these zones. Zone X (shaded) is used on new and revised maps in place of Zone B.



Low Risk       High Risk       Coastal

This map layer shows an area's flood zone designation as determined by the Federal Emergency Management Agency (FEMA). A high-risk area has a 1 percent or greater annual chance of flooding and a 26 percent chance of flooding over the life of a 30-year mortgage. High-risk areas are red or orange. The coast areas, shown in purple, are also considered high risk. Green areas are low to moderate risk. A moderate-risk area is between risk limits of a 100-year and 500-year flood. White areas are undetermined, and all other areas are considered no or low risk. For more details on the categories of flood risk, see http://support.narrpr.com/entries/319901-what-is-the-flood-zone-heat-map. Source(s): FEMA; updated Annually.

**RPR**          Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.          2/26/2022

HOMESMART | **Property Report**                                      725 S Valinda Ave, West Covina, CA 91790

# Neighborhood: Housing Stats and Charts

|  | 91790 | West Covina | Los Angeles County | California | USA |
|---|---|---|---|---|---|
| **Median Estimated Home Value** | $736K | $755K | $786K | $711K | $307K |
| **Estimated Home Value 12-Month Change** | +20.6% | +22% | +17.4% | +18.3% | +20.7% |
| **Median List Price** | $750K | $750K | $800K | $490K | $130K |
| **List Price 1-Month Change** | 0% | 0% | 0% | +8.9% | -4.1% |
| **List Price 12-Month Change** | +20% | +19.3% | +3.2% | +9.1% | +3.6% |
| **Median Home Age** | 64 | 57 | 59 | 46 | 42 |
| **Own** | 65% | 63% | 46% | 55% | 64% |
| **Rent** | 35% | 37% | 54% | 45% | 36% |
| **$ Value of All Buildings for which Permits Were Issued** | – | – | $4.75B | $25.4B | $307B |
| **% Change in Permits for All Buildings** | – | – | +9% | 0% | +13% |
| **% Change in $ Value for All Buildings** | – | – | -7% | -4% | +10% |

### Median Estimated Home Value vs. Median Listing Price

This chart compares a ZIP code's median estimated home value with its median listing price. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Public records data; listing price data from on- and off-market listings sources

Update Frequency: Monthly

■ Median Estimated Value
▨ Median List Price



Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

# HOMESMART | Property Report

725 S Valinda Ave, West Covina, CA 91790

## Median Sales Price vs. Sales Volume

This chart compares the price trend and sales volume for homes in an area. Home prices typically follow sales volume, with a time lag, since sales activity is the driver behind price movements.

Data Source: Public records and listings data

Update Frequency: Monthly

- ■ Median Sales Price Public Records
- ■ Median Sales Price Listings
- ▨ Sales Volume Public Records
- ▨ Sales Volume Listings



**Median Sales Price**



**Sales Volume**

## Median Listing Price vs. Listing Volume

This chart compares the listing price and listing volume for homes in an area. Listing prices often follow listing volume, with a time lag, because supply can drive price movements.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

- ■ Median List Price
- ■ Listing Volume



**Median List Price**



**Listing Volume**

## Listing Inventory

This chart shows the number of For Sale listings in a ZIP code.

Data Source: On- and off-market listings sources

Update Frequency: Daily

- ■ ZIP Count Listings by Property Type



| | |
|---|---|
| Single Family | 31 |
| Condo/Townhouse/Apt. | 3 |
| Multifamily/Multiplex | 3 |
| Lot/Land | 2 |



Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

## Median Sales Price by Square Footage

This chart shows the median price of homes reported sold in the past six months, according to the size of the living space (square footage sourced from public records). The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as non-disclosure states) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ This House
■ Comps



## Price per Bedroom of Homes Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per bedroom in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ This House
■ Comps



## Price per Square Foot of Homes Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per square foot (living area sourced from public records).

Data Source: Public records data

Update Frequency: Monthly

■ This House
■ Comps



Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Property Report

725 S Valinda Ave, West Covina, CA 91790

## Price Range of Homes Sold

This chart shows the distribution of homes reported sold in the past six months within different price ranges in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records data
Update Frequency: Monthly

■ This House
■ Comps



## Age Range of Homes Sold

This chart shows the distribution of homes reported sold in the past six months of different age ranges in the area of your search.

Data Source: Public records data
Update Frequency: Monthly

■ This House
■ Comps



## Size of Homes Sold

This chart shows the distribution of homes reported sold in the past six months of different sizes in the area of your search.

Data Source: Public records data
Update Frequency: Monthly

■ Sales Count By Living Area



## Number of Bedrooms in Homes Sold

This chart shows the distribution of homes reported sold in the past six months, according to the number of bedrooms, in the area of your search.

Data Source: Public records data
Update Frequency: Monthly

■ Sales Count by Bedroom




RPR

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART** | **Property Report**

725 S Valinda Ave, West Covina, CA 91790

# Neighborhood: People Stats and Charts

| | 91790 | West Covina | Los Angeles County | California | USA |
|---|---|---|---|---|---|
| **Population** | 47.9K | 107K | 10.1M | 39.3M | 325M |
| **Population Density per Sq Mi** | 8K | 6.64K | 2.48K | 252 | – |
| **Population Change since 2010** | +7.3% | +5.7% | +4.4% | +6.9% | +7.7% |
| **Median Age** | 37 | 38 | 37 | 37 | 38 |
| **Male / Female Ratio** | 49% | 48% | 49% | 50% | 49% |


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**RPR**

2/26/2022

**HOMESMART** | **Property Report**

725 S Valinda Ave, West Covina, CA 91790

## Education Levels of Population

This chart shows the educational achievement levels of adults in an area, compared with other geographies.

Data Source: U.S. Census American Community Survey via Esri, 2020

Update Frequency: Annually



**Less Than 9th Grade**
- 91790 — 9.0%
- West Covina — 8.0%
- Los Angeles County — 12.3%
- California — 9.2%
- USA — 5.1%

**9-12th Grade/No Diploma**
- 91790 — 7.9%
- West Covina — 6.3%
- Los Angeles County — 8.6%
- California — 7.5%
- USA — 6.9%

**High School Graduate**
- 91790 — 30.2%
- West Covina — 26.9%
- Los Angeles County — 20.6%
- California — 20.5%
- USA — 27.0%

**Associate Degree**
- 91790 — 30.1%
- West Covina — 29.7%
- Los Angeles County — 26.0%
- California — 28.9%
- USA — 28.9%

**Bachelor's Degree**
- 91790 — 16.8%
- West Covina — 21.3%
- Los Angeles County — 21.2%
- California — 21.2%
- USA — 19.8%

**At Least a College Education**
- 91790 — 22.9%
- West Covina — 29.0%
- Los Angeles County — 32.5%
- California — 33.9%
- USA — 32.2%

**Grad/Professional Degree**
- 91790 — 6.1%
- West Covina — 7.7%
- Los Angeles County — 11.3%
- California — 12.8%
- USA — 12.4%


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.

2/26/2022



**HOME SMART** | **Property Report**    725 S Valinda Ave, West Covina, CA 91790

## Population of Children by Age Group

This chart shows the distribution of the population of children by age range — from birth to 17 — in the area of your search.

Data Source: U.S. Census

Update Frequency: Annually

■ 91790

| Age Group | Population |
|-----------|-----------|
| Toddlers | 2,668 |
| Elementary School | 2,837 |
| Middle School | 3,135 |
| High School | 1,726 |

## Population of Adults by Age Group

This chart shows the distribution of the population of adults by age range — from 18 to 75-plus — in the area of your search.

Data Source: U.S. Census

Update Frequency: Annually

■ 91790



| Age Group | Population |
|-----------|-----------|
| 18-20 | 1,990 |
| 21-24 | 2,981 |
| 25-34 | 6,730 |
| 35-54 | 12,862 |
| 55-64 | 6,191 |
| 65-74 | 3,630 |
| 75 or Older | 3,120 |

## Households With Children

This chart shows the distribution of households with children, categorized by marital status, in the area of your search.

Data Source: U.S. Census

Update Frequency: Annually

■ 91790

| Category | Population |
|----------|-----------|
| Married with Children | 2,815 |
| Married without Children | 4,564 |
| Single with Children | 1,029 |

## Household Income Brackets

This chart shows annual household income levels within an area.

Data Source: U.S. Census

Update Frequency: Annually

■ 91790

| Income Bracket | Count |
|----------------|-------|
| >$150K | 2,391 |
| $125K-$150K | 1,019 |
| $100K-$125K | 1,512 |
| $75K-$100K | 2,155 |
| $50K-$75K | 2,036 |
| $35K-$50K | 1,323 |
| $25K-$35K | 1,109 |
| <$25K | 1,399 |

## Presidential Voting Pattern

This chart shows how residents of a county voted in the 2020 presidential election.

Data Source: USElectionAtlas.org

Update Frequency: Quadrennially

| Party | Percent |
|-------|---------|
| Votes Democrat | 69.7% |
| Votes Republican | 27.8% |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



2/26/2022

**HOME SMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

# Neighborhood: Economic Stats and Charts

| | 91790 | West Covina | Los Angeles County | California | USA |
|---|---|---|---|---|---|
| **Income Per Capita** | $28,017 | $29,769 | $34,156 | $36,955 | $34,103 |
| **Median Household Income** | $82,019 | $82,938 | $68,044 | $75,235 | $62,843 |
| **Unemployment Rate** | – | 7.4% | 7.1% | 5.4% | 4.2% |
| **Unemployment Number** | – | 3.9K | 362K | 1.04M | – |
| **Employment Number** | – | 48.6K | 4.72M | 18.1M | – |
| **Labor Force Number** | – | 52.5K | 5.08M | 19.2M | – |

## Unemployment Rate

This chart shows the unemployment trend in the area of your search. The unemployment rate is an important driver behind the housing market.
Data Source: Bureau of Labor Statistics
Update Frequency: Monthly

■ West Covina
▒ Los Angeles County
▨ California
▓ USA



## Occupational Categories

This chart shows categories of employment within an area.
Data Source: U.S. Census
Update Frequency: Annually

■ 91790



| Category | Number |
|---|---|
| Health Care and Social Assistance | 3,404 |
| Retail Trade | 2,728 |
| Manufacturing | 2,398 |
| Education | 2,176 |
| Accommodation and Food | 1,454 |
| Transportation and Warehousing | 1,392 |
| Construction | 1,363 |
| Professional, Scientific and Technical | 1,328 |
| Other | 1,266 |
| Public Administration | 1,175 |
| Finance and Insurance | 1,003 |
| Administrative Support and Waste Management | 976 |
| Wholesale Trade | 862 |
| Arts, Entertainment and Recreation | 598 |
| Information | 532 |
| Real Estate, Rental and Leasing | 371 |
| Utilities | 249 |
| Agriculture, Forestry, Fishing and Hunting | 205 |
| Mining | 16 |
| Business Management | 1 |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

# Neighborhood: Quality of Life Stats and Charts

Quality of Life in 91790

| | 91790 | West Covina | Los Angeles County | California | USA |
|---|---|---|---|---|---|
| Elevation (in feet) | 1,413 | 1,413 | 1,410 | – | – |
| Annual Rainfall (in inches) | 16 | 16 | 16.51 | 23.4 | – |
| Annual Snowfall (in inches) | 0 | 0 | 5.84 | 19.1 | – |
| Days of Full Sun (per year) | 165 | 165 | 165 | 159 | – |
| Travel Time to Work (in minutes) | 32 | 34 | 32 | 30 | 27 |
| Water Quality - Health Violations | – | – | 0 | | |
| Water Quality - Monitoring and Report Violations | – | – | 1 | | |
| Superfund Sites | 1 | 2 | 31 | 153 | 2,417 |
| Brownfield Sites | No | Yes | Yes | Yes | Yes |

## Average Commute Time

This chart shows average commute times to work, in minutes, by percentage of an area's population.
Data Source: U.S. Census
Update Frequency: Annually

■ 91790

| <15 Minutes | 17.5% |
| 15-30 Minutes | 28.5% |
| 30-45 Minutes | 25.8% |
| 45-60 Minutes | 11.6% |
| >1 Hour | 16.6% |

## How People Get to Work

This chart shows the types of transportation that residents of the area you searched use for their commute.
Data Source: U.S. Census
Update Frequency: Annually

| Drive/Carpool/Motorcycle | 20,945 |
| Public Transit | 836 |
| Work at Home | 731 |
| Walk | 290 |
| Bicycle | 61 |

## Average Monthly Temperature

This chart shows average temperatures in the area you searched.
Data Source: NOAA
Update Frequency: Annually

| Avg. January Min. Temp | 45 |
| Avg. January Max. Temp | 65 |
| Avg. July Min. Temp | 55 |
| Avg. July Max. Temp | 85 |

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
2/26/2022

**HOMESMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

# School: Cameron Elementary School

## School Details

**Name**
Cameron Elementary
School

**Level**
Elementary

**Type**
Public

**Grades Served**
K-5

**School District**
West Covina Unified
School District

**Address**
1225 E Cameron Ave, West
Covina, CA 91790

**Phone**
(626) 931-1740

## School Facts

| | Cameron Elementary School | West Covina Unified School District |
|---|---|---|
| **Overall Grade** | B- | B+ |
| Total Enrollment | 419 | 8,557 |
| Students per Teacher | 79051:1 | 24:1 |
| Students in Free Lunch Program | 78% | 64% |
| **Academic Grade** | B- | B+ |
| Average GPA | – | 3.43 (out of 1852 responses) |
| Math Proficiency | 34% | 40% |
| Reading Proficiency | 39% | 52% |
| Gifted Students | 5% | – |
| AP Enrollments | – | – |
| Graduation Rate | – | 91% |
| Average ACT Score | – | 25 (out of 74 responses) |
| Average SAT Score | – | 1,130 (out of 567 responses) |
| **Teacher Grade** | A- | A- |
| Average Teacher Salary | $26 | $79,051 |
| Teachers in 1st or 2nd Year | 11% | 6% |

*About this data: Facts and proficiency scores are provided by Niche, which compiles scores, community reviews and other data about schools across the United States. Ratings for this school are based on the most recent available facts for each school and district. Data compiled from the U.S. Department of Education, Private School Universe Survey, Common Core Data and others.*
*Source: Niche   Update Frequency: Quarterly*


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

**HOMESMART** | **Property Report**                    725 S Valinda Ave, West Covina, CA 91790

# School: Edgewood Middle School

| School Details | School Facts | Edgewood Middle School | West Covina Unified School District |
|---|---|---|---|
| **Name**<br>Edgewood Middle School | **Overall Grade** | **B-** | **B+** |
| | Total Enrollment | 585 | 8,557 |
| **Level**<br>Middle | Students per Teacher | 79051:1 | 24:1 |
| **Type**<br>Public | Students in Free Lunch Program | 75% | 64% |
| **Grades Served**<br>6-8 | **Academic Grade** | **C+** | **B+** |
| **School District**<br>West Covina Unified<br>School District | Average GPA | – | 3.43 (out of 1852 responses) |
| | Math Proficiency | 22% | 40% |
| **Address**<br>1625 W Durness, West<br>Covina, CA 91790 | Reading Proficiency | 38% | 52% |
| | Gifted Students | 19% | – |
| **Phone**<br>(626) 939-4900 | AP Enrollments | – | – |
| | Graduation Rate | – | 91% |
| | Average ACT Score | – | 25 (out of 74 responses) |
| | Average SAT Score | – | 1,130 (out of 567 responses) |
| | **Teacher Grade** | **B** | **A-** |
| | Average Teacher Salary | $29 | $79,051 |
| | Teachers in 1st or 2nd Year | 17% | 6% |

*About this data: Facts and proficiency scores are provided by Niche, which compiles scores, community reviews and other data about schools across the United States. Ratings for this school are based on the most recent available facts for each school and district. Data compiled from the U.S. Department of Education, Private School Universe Survey, Common Core Data and others.*
*Source: Niche    Update Frequency: Quarterly*

# Community Reviews for this School

Posted: 11/25/2019 by Senior
I haven't personally gone to Edgewood middle school but I have a close relative that does attend Edgewood Middle school and from viewing his experience it seems as though the environment of Edgewood Middle School could be improved



**HOME/SMART** | **Property Report**                              725 S Valinda Ave, West Covina, CA 91790

# School: West Covina High School

## School Details

**Name**
West Covina High School

**Level**
High

**Type**
Public

**Grades Served**
9-12

**School District**
West Covina Unified
School District

**Address**
1609 E Cameron Ave, West
Covina, CA 91791

**Phone**
(626) 859-2900

| School Facts | West Covina High School | West Covina Unified School District |
|---|---|---|
| **Overall Grade** | **A-** | **B+** |
| Total Enrollment | 1,933 | 8,557 |
| Students per Teacher | 79051:1 | 24:1 |
| Students in Free Lunch Program | 70% | 64% |
| **Academic Grade** | **B+** | **B+** |
| Average GPA | 3.39 (out of 1335 responses) | 3.43 (out of 1852 responses) |
| Math Proficiency | 35% | 40% |
| Reading Proficiency | 63% | 52% |
| Gifted Students | 16% | – |
| AP Enrollments | – | – |
| Graduation Rate | 96% | 91% |
| Average ACT Score | 24 (out of 62 responses) | 25 (out of 74 responses) |
| Average SAT Score | 1,120 (out of 396 responses) | 1,130 (out of 567 responses) |
| **Teacher Grade** | **B+** | **A-** |
| Average Teacher Salary | $24 | $79,051 |
| Teachers in 1st or 2nd Year | 13% | 6% |

*About this data: Facts and proficiency scores are provided by Niche, which compiles scores, community reviews and other data about schools across the United States. Ratings for this school are based on the most recent available facts for each school and district. Data compiled from the U.S. Department of Education, Private School Universe Survey, Common Core Data and others.*
*Source: Niche    Update Frequency: Quarterly*

# Community Reviews for this School

Posted: 8/25/2021 by Alum
This school made me who I am today. Supportive teachers and caring staff. The energy at this school made it fun for me everyday!

Posted: 6/21/2021 by Alum
West Covina High School is a very diverse and high energy campus. There are people of all ethnicities attending, and there is always some sort of event going on every week or two, whether its hosted by the school/student council or by other clubs.


Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

2/26/2022

Posted: 4/29/2021 by Alum

West Covina high school got me to my major of communications and gender studies. During my time, I got heavily involved with student activities and clubs. P.O.W.E.R. Peer Organization Wanting Equal Rights is a club I began which is now a new tradition in my hometown. P.O.W.E.R. is a club that allows women to share their concerns and be heard. Being a gender-fluid club allows anyone to join, not just those who identify as a woman. An idea arose to me that many women in downtown Los Angles do not have access to proper hygiene items needed for the month. T Power Club also attends the Annual Women's March in Downtown LA., where I am more than ecstatic to be around thousands of residence of Los Angeles who share common beliefs as our leadership clubs does. Power Club is a tradition and a powerful movement I am proud to have started and been able to start at West Covina High school. Allowing students to thrive and create clubs according to their liking creates change.

Posted: 8/21/2020 by Alum

What I like about West Covina High is how it delivers on students' and parents' assumptions and predispositions. To elaborate, I personally chose this school over Edgewood High simply because of my friend-group and connections like in golf and alumni. The school can be characterized by its above average population of Asian and Hispanic; however, diversity and culture can be found if you look hard enough- whether it be rallies, sports, and clubs or etc., there is a strong sense of unity and support- especially amongst underrated organizations like Cross Country, Golf, Video Game Clubs, and honor societies. All in all, while West Covina High could use more motivated students, spirit, and challenging programs, its "underdog" staus built over the years, along with unforgettable teachers, is the very best part.

Posted: 8/20/2020 by Senior

Very active campus! Students are encouraged to apply themselves to any extracurriculars they see fit. The staff truly cares about the students, and will try their best to solve any problems within the campus.

Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



**HOMESMART** | **Property Report**                                    725 S Valinda Ave, West Covina, CA 91790

## About RPR (Realtors Property Resource)



- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.

- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.

- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.

- This report has been provided to you by a member of the NAR.

**RPR®**
**REALTORS**
**PROPERTY**
**RESOURCE**

## About RPR's Data

RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:



- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.

- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records.

- **Market conditions and forecasts** based on listing and public records data.

- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.

- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.

- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.

- **School data and reviews** from Niche.

- **Specialty data sets** such as walkability scores, traffic counts and flood zones.

## Update Frequency

- Listings and public records data are updated on a continuous basis.

- Charts and statistics calculated from listing and public records data are refreshed monthly.

- Other data sets range from daily to annual updates.

## Learn more

For more information about RPR, please visit RPR's public website: https://blog.narrpr.com





  Copyright 2022 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.      2/26/2022

# Exhibit C

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:17-bk-17592-SK

| | |
|---|---|
| | *Date filed:* 06/22/2017 |
| | *Date terminated:* 08/17/2017 |
| | *Debtor dismissed:* 07/10/2017 |
| | *341 meeting:* 07/28/2017 |

*Assigned to:* Sandra R. Klein
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Mary A Luzuriaga**                                    represented by **Neil R Hedtke**
725 S Valinda Ave                                       820 N Mountain Ave
West Covina, CA 91790                                   Ste 109
LOS ANGELES-CA                                          Upland, CA 91786
SSN / ITIN: xxx-xx-8960                                 909-579-2233
*dba* Financial Management                              Fax : 866-618-1622
                                                        Email: hedtkelg@gmail.com

**Trustee**
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/2017 | 1 (11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Mary A Luzuriaga Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 07/6/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 07/6/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 07/6/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 07/6/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 07/6/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 07/6/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 07/6/2017. Schedule I: Your Income (Form 106I) due 07/6/2017. Schedule J: Your Expenses (Form 106J) due 07/6/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 07/6/2017. Statement of Financial Affairs (Form 107 or 207) due 07/6/2017. Chapter 13 Plan (LBR F3015-1) due by 07/6/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 07/6/2017. Statement of Related |

| | | |
|---|---|---|
| | | Cases (LBR Form F1007-2) due 07/6/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 07/6/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 07/6/2017. Incomplete Filings due by 07/6/2017. (Hedtke, Neil) (Entered: 06/22/2017) |
| 06/22/2017 | 2 (1 pg) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Mary A Luzuriaga. (Hedtke, Neil) (Entered: 06/22/2017) |
| 06/22/2017 | 3 (2 pgs) | Certificate of Credit Counseling Filed by Debtor Mary A Luzuriaga. (Hedtke, Neil) (Entered: 06/22/2017) |
| 06/22/2017 | 4 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Mary A Luzuriaga. (Hedtke, Neil) (Entered: 06/22/2017) |
| 06/22/2017 | 5 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Mary A Luzuriaga (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Hedtke, Neil) (Entered: 06/22/2017) |
| 06/22/2017 | | Receipt of Voluntary Petition (Chapter 13)(2:17-bk-17592) [misc,volp13] ( 310.00) Filing Fee. Receipt number 45063350. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/22/2017) |
| 06/22/2017 | 10 (1 pg) | Certification About a Financial Management Course for Debtor 1 (Official Form 423) Filed by Debtor Mary A Luzuriaga. Incorrect certificate number form. (Pennington-Jones, Patricia) (Entered: 06/23/2017) |
| 06/23/2017 | 6 (6 pgs; 2 docs) | Meeting of Creditors with 341(a) meeting to be held on 07/28/2017 at 10:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 08/31/2017 at 10:00 AM at Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 10/26/2017. (admin, ) (Entered: 06/23/2017) |
| 06/23/2017 | | Notice of Debtor's Prior Filings for debtor Mary A Luzuriaga Case Number 16-20351, Chapter 7 filed in California Central Bankruptcy on 08/03/2016 , Standard Discharge on 11/18/2016.(Admin) (Entered: 06/23/2017) |
| 06/23/2017 | 7 (1 pg) | Notice of non-entitlement to discharge pursuant to 11 U.S.C. Section 1328(f)(1) or 1328 (f)(2) (BNC) Debtor has received a discharge in a chapter 7 case filed within 4 years of pending case. 2:16-bk-20351 RK, Filed on 8/3/16 (Vandensteen, Nancy) (Entered: 06/23/2017) |
| 06/23/2017 | 8 | Notice to Filer of Correction Made/No Action Required: Debtors dba entered on the case management docket to match Petition PDF. **Other - THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Mary A Luzuriaga) (Pennington-Jones, Patricia) (Entered: 06/23/2017) |
| 06/23/2017 | 9 | Notice to Filer of Error and/or Deficient Document: Certification About a Financial Management Course for Debtor 1 (Official Form 423) was included with Certificate of Credit Counseling. The Certification About a Financial Management Course for Debtor 1 (Official Form 423) must be filed as a separated docket entry. **Other: For future reference, please use the appropriate event code.** - (RE: related document(s)3 Certificate of |

Credit Counseling filed by Debtor Mary A Luzuriaga) (Pennington-Jones, Patricia) (Entered: 06/23/2017)

| | | |
|---|---|---|
| 06/23/2017 | <u>11</u><br>(3 pgs) | Deficiency Notice RE: Debtor's Certification About a Financial Management Course (Official Form 423) Under Bankruptcy Rule Sec. 1007(b)(7) and (c). (BNC) . (RE: related document(s)<u>10</u> Certification About a Financial Management Course for Debtor 1 (Official Form 423) filed by Debtor Mary A Luzuriaga) (Pennington-Jones, Patricia) (Entered: 06/23/2017) |
| 06/25/2017 | <u>12</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)<u>6</u> Meeting (AutoAssign Chapter 13)) No. of Notices: 4. Notice Date 06/25/2017. (Admin.) (Entered: 06/25/2017) |
| 06/25/2017 | <u>13</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Mary A Luzuriaga) No. of Notices: 1. Notice Date 06/25/2017. (Admin.) (Entered: 06/25/2017) |
| 06/25/2017 | <u>14</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Mary A Luzuriaga) No. of Notices: 1. Notice Date 06/25/2017. (Admin.) (Entered: 06/25/2017) |
| 06/25/2017 | <u>15</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)<u>11</u> Notice RE: Deficient Debtor's Certification About a Financial Management Course (BNC)) No. of Notices: 1. Notice Date 06/25/2017. (Admin.) (Entered: 06/25/2017) |
| 06/25/2017 | <u>16</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>7</u> Notice of non-entitlement to discharge pursuant to 11 U.S.C. Section 1328(f)(1) or 1328 (f)(2) (BNC)) No. of Notices: 3. Notice Date 06/25/2017. (Admin.) (Entered: 06/25/2017) |
| 07/07/2017 | <u>17</u><br>(3 pgs) | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 07/07/2017) |
| 07/10/2017 | <u>18</u><br>(1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (Fleming, Lachelle) (Entered: 07/10/2017) |
| 07/12/2017 | <u>19</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>18</u> ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (CACB AutoDismiss) (BNC)) No. of Notices: 3. Notice Date 07/12/2017. (Admin.) (Entered: 07/12/2017) |
| 07/17/2017 | <u>20</u><br>(3 pgs) | Chapter 13 Trustee's Final Report and Account . (Dockery (TR), Kathy) (Entered: 07/17/2017) |
| 07/17/2017 | <u>21</u><br>(1 pg) | Proof of service Filed by (RE: related document(s)<u>20</u> Chapter 13 Trustee's Final Report and Account (batch)). (Dockery (TR), Kathy) (Entered: 07/17/2017) |
| 08/17/2017 | 22 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related |

document(s)6 Meeting (AutoAssign Chapter 13)) (Vandensteen, Nancy) (Entered: 08/17/2017)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/28/2022 17:43:15 | | | |
| **PACER Login:** | rfrazee64 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-bk-17592-SK Fil or Ent: filed From: 11/30/2000 To: 2/28/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

Repeat-cacb, PlnDue, Incomplete, RepeatPACER, NODISCH, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:17-bk-20067-WB

|  |  |
|---|---|
| *Assigned to:* Julia W. Brand | *Date filed:* 08/16/2017 |
| Chapter 13 | *Date terminated:* 09/20/2017 |
| Voluntary | *Debtor dismissed:* 09/05/2017 |
| Asset | *341 meeting:* 09/13/2017 |

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Mary Alida Luzuriaga**
725 S Valinda Ave
West Covina, CA 91790
LOS ANGELES-CA
SSN / ITIN: xxx-xx-8960

represented by **Neil R Hedtke**
820 N Mountain Ave
Ste 109
Upland, CA 91786
909-579-2233
Fax : 866-618-1622
Email: hedtkelg@gmail.com

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 08/16/2017 | 1<br>(13 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Mary Alida Luzuriaga Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 08/30/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 08/30/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 08/30/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 08/30/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 08/30/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 08/30/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 08/30/2017. Schedule I: Your Income (Form 106I) due 08/30/2017. Schedule J: Your Expenses (Form 106J) due 08/30/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 08/30/2017. Statement of Financial Affairs (Form 107 or 207) due 08/30/2017. Chapter 13 Plan (LBR F3015-1) due by 08/30/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 08/30/2017. Declaration by |

| | | Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 08/30/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 08/30/2017. Incomplete Filings due by 08/30/2017. (Hedtke, Neil) (Entered: 08/16/2017) |
|---|---|---|
| 08/16/2017 | 2 (1 pg) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Mary Alida Luzuriaga. (Hedtke, Neil) (Entered: 08/16/2017) |
| 08/16/2017 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Mary Alida Luzuriaga. (Hedtke, Neil) (Entered: 08/16/2017) |
| 08/16/2017 | 4 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Mary Alida Luzuriaga. (Hedtke, Neil) (Entered: 08/16/2017) |
| 08/16/2017 | 5 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Hedtke, Neil) (Entered: 08/16/2017) |
| 08/16/2017 | | Receipt of Voluntary Petition (Chapter 13)(2:17-bk-20067) [misc,volp13] ( 310.00) Filing Fee. Receipt number 45407667. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/16/2017) |
| 08/16/2017 | 6 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 09/13/2017 at 11:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 10/11/2017 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 12/12/2017. (Hedtke, Neil) (Entered: 08/16/2017) |
| 08/17/2017 | | Notice of Debtor's Prior Filings for debtor Mary Alida Luzuriaga Case Number 17-17592, Chapter 13 filed in California Central Bankrupcty on 06/22/2017 , Dismissed for Failure to File Information on 07/10/2017; Case Number 16-20351, Chapter 7 filed in California Central Bankrupcty on 08/03/2016 , Standard Discharge on 11/18/2016.(Admin) (Entered: 08/17/2017) |
| 08/17/2017 | 7 (1 pg) | Notice of non-entitlement to discharge pursuant to 11 U.S.C. Section 1328(f)(1) or 1328 (f)(2) (BNC) (Jones, Phyllis R.) (Entered: 08/17/2017) |
| 08/19/2017 | 8 (4 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 08/19/2017. (Admin.) (Entered: 08/19/2017) |
| 08/19/2017 | 9 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Mary Alida Luzuriaga) No. of Notices: 1. Notice Date 08/19/2017. (Admin.) (Entered: 08/19/2017) |
| 08/19/2017 | 10 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Mary Alida Luzuriaga) No. of Notices: 1. Notice Date 08/19/2017. (Admin.) (Entered: 08/19/2017) |
| 08/19/2017 | 11 (2 pgs) | BNC Certificate of Notice (RE: related document(s)7 Notice of non-entitlement to discharge pursuant to 11 U.S.C. Section 1328(f)(1) or 1328 (f)(2) (BNC)) No. of Notices: 4. Notice Date 08/19/2017. (Admin.) (Entered: 08/19/2017) |

| 08/23/2017 | 12 (3 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Mary Alida Luzuriaga. (Hedtke, Neil) (Entered: 08/23/2017) |
| --- | --- | --- |
| 08/24/2017 | 13 (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service*. (Curry (TR), Nancy) (Entered: 08/24/2017) |
| 09/05/2017 | 14 (1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (Fleming, Lachelle) (Entered: 09/05/2017) |
| 09/07/2017 | 15 (2 pgs) | BNC Certificate of Notice (RE: related document(s)14 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (CACB AutoDismiss) (BNC)) No. of Notices: 4. Notice Date 09/07/2017. (Admin.) (Entered: 09/07/2017) |
| 09/18/2017 | 16 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 09/18/2017) |
| 09/20/2017 | 17 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)6 Meeting (AutoAssign Chapter 13)) (Ly, Lynn) (Entered: 09/20/2017) |

### PACER Service Center

#### Transaction Receipt

| 02/28/2022 17:45:26 | | | |
| --- | --- | --- | --- |
| PACER Login: | rfrazee64 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:17-bk-20067-WB Fil or Ent: filed From: 11/30/2000 To: 2/28/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

# Exhibit D

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:19-bk-14089-VZ

*Date filed:* 04/10/2019
*Date terminated:* 07/16/2020
*Debtor dismissed:* 03/11/2020
*341 meeting:* 05/16/2019

*Assigned to:* Vincent P. Zurzolo
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Mary Alida Luzuriaga**
725 S Valinda Ave.
West Covina, CA 91790
LOS ANGELES-CA
SSN / ITIN: xxx-xx-8960

represented by **Thomas B Ure**
Ure Law Firm
800 West 6th Street, Ste. 940
Los Angeles, CA 90017
213-202-6070
Fax : 213-202-6075
Email: tbuesq@aol.com

*Trustee*
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 04/10/2019 | 1 (14 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Mary Alida Luzuriaga Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 04/24/2019. Schedule A/B: Property (Form 106A/B or 206A/B) due 04/24/2019. Schedule C: The Property You Claim as Exempt (Form 106C) due 04/24/2019. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 04/24/2019. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 04/24/2019. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 04/24/2019. Schedule H: Your Codebtors (Form 106H or 206H) due 04/24/2019. Schedule I: Your Income (Form 106I) due 04/24/2019. Schedule J: Your Expenses (Form 106J) due 04/24/2019. Declaration About an Individual Debtors Schedules (Form 106Dec) due 04/24/2019. Statement of Financial Affairs (Form 107 or 207) due 04/24/2019. Chapter 13 Plan (LBR F3015-1) due by 04/24/2019. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 04/24/2019. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 04/24/2019. |

| | | Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 04/24/2019. Incomplete Filings due by 04/24/2019. (Ure, Thomas) (Entered: 04/10/2019) |
|---|---|---|
| 04/10/2019 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 04/10/2019) |
| 04/10/2019 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 04/10/2019) |
| 04/10/2019 | 5 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 05/16/2019 at 11:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 05/11/2020 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 06/19/2019. (Ure, Thomas) (Entered: 04/10/2019) |
| 04/11/2019 | | Notice of Debtor's Prior Filings for debtor Mary Alida Luzuriaga Case Number 17-17592, Chapter 13 filed in California Central Bankruptcy on 06/22/2017 , Dismissed for Failure to File Information on 07/10/2017; Case Number 17-20067, Chapter 13 filed in California Central Bankruptcy on 08/16/2017 , Dismissed for Failure to File Information on 09/05/2017; Case Number 16-20351, Chapter 7 filed in California Central Bankruptcy on 08/03/2016 , Standard Discharge on 11/18/2016.(Admin) (Entered: 04/11/2019) |
| 04/11/2019 | 4 (1 pg) | Notice of non-entitlement to discharge pursuant to 11 U.S.C. Section 1328(f)(1) or 1328 (f)(2) Debtor previously received a discharge under Chapter 7 LA 16-20351-RK filed on 8/3/2016; discharged on 11/18/2016 (BNC) (Lewis, Litaun) (Entered: 04/11/2019) |
| 04/11/2019 | 6 (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service.* (Curry (TR), Nancy) (Entered: 04/11/2019) |
| 04/11/2019 | 7 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 04/11/2019) |
| 04/11/2019 | | Receipt of Voluntary Petition (Chapter 13)(2:19-bk-14089) [misc,volp13] ( 310.00) Filing Fee. Receipt number 48858664. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/11/2019) |
| 04/13/2019 | 8 (4 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 13)) No. of Notices: 2. Notice Date 04/13/2019. (Admin.) (Entered: 04/13/2019) |
| 04/13/2019 | 9 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Mary Alida Luzuriaga) No. of Notices: 1. Notice Date 04/13/2019. (Admin.) (Entered: 04/13/2019) |
| 04/13/2019 | 10 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Mary Alida Luzuriaga) No. of Notices: 1. Notice Date 04/13/2019. (Admin.) (Entered: 04/13/2019) |
| 04/13/2019 | 11 (2 pgs) | BNC Certificate of Notice (RE: related document(s)4 Notice of non-entitlement to discharge pursuant to 11 U.S.C. Section 1328(f)(1) or 1328 |

(h(2)(BNC)) No. of Notices: 1. Notice Date 04/13/2019. (Admin.) (Entered: 04/13/2019)

| 04/19/2019 | 12 (2 pgs) | Request for special notice Filed by Creditor MTGLQ INVESTORS, L.P.. (Ferry, Sean) (Entered: 04/19/2019) |
|---|---|---|
| 04/24/2019 | 13 (3 pgs) | Notice *of Rescheduled §341(a) Meeting of Creditors with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 04/24/2019) |
| 04/24/2019 | 14 (15 pgs) | Chapter 13 Plan (LBR F3015-1). Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Mary Alida Luzuriaga Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 04/24/2019. Schedule A/B: Property (Form 106A/B or 206A/B) due 04/24/2019. Schedule C: The Property You Claim as Exempt (Form 106C) due 04/24/2019. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 04/24/2019. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 04/24/2019. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 04/24/2019. Schedule H: Your Codebtors (Form 106H or 206H) due 04/24/2019. Schedule I: Your Income (Form 106I) due 04/24/2019. Schedule J: Your Expenses (Form 106J) due 04/24/2019. Declaration About an Individual Debtors Schedules (Form 106Dec) due 04/24/2019. Statement of Financial Affairs (Form 107 or 207) due 04/24/2019. Chapter 13 Plan (LBR F3015-1) due by 04/24/2019. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 04/24/2019. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 04/24/2019. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 04/24/2019. Incomplete Filings due by 04/24/2019.). (Ure, Thomas) (Entered: 04/24/2019) |
| 04/24/2019 | 15 (6 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 04/24/2019) |
| 04/24/2019 | 16 (36 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years, Disposable Income Is Not Determined (Official Form 122C-1) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Amendment to List of Creditors. Fee Amount $31 Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Ure, Thomas) (Entered: 04/24/2019) |
| 04/24/2019 | 17 (7 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Mary Alida Luzuriaga (RE: |

| | | related document(s)1 Voluntary Petition (Chapter 13)). (Ure, Thomas) (Entered: 04/24/2019) |
|---|---|---|
| 04/24/2019 | <u>18</u><br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13)). (Ure, Thomas) (Entered: 04/24/2019 |
| 04/26/2019 | | Receipt of Amended List of Creditors (Fee)(2:19-bk-14089-VZ) [misc,amdcm] ( 31.00) Filing Fee. Receipt number 48945025. Fee amount 31.00. (re: Doc# <u>16</u>) (U.S. Treasury) (Entered: 04/26/2019) |
| 05/08/2019 | <u>19</u><br>(22 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 05/08/2019) |
| 05/08/2019 | <u>20</u><br>(3 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 05/08/2019) |
| 05/28/2019 | <u>21</u><br>(4 pgs) | Objection to Confirmation of Chapter 13 Plan *with proof of service*. (Curry (TR), Nancy) (Entered: 05/28/2019) |
| 06/26/2019 | <u>22</u><br>(36 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2018 TOYOTA RAV4 *with Proof of Service*. Fee Amount $181, Filed by Creditor TOYOTA LEASE TRUST (Attachments: # <u>1</u> Exhibit) (Loftis Pacheco, Erica) (Entered: 06/26/2019) |
| 06/26/2019 | | Receipt of Motion for Relief from Stay - Personal Property(2:19-bk-14089-VZ) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 49291463. Fee amount 181.00. (re: Doc# <u>22</u>) (U.S. Treasury) (Entered: 06/26/2019) |
| 06/27/2019 | 23 | Hearing Set (RE: related document(s)<u>22</u> Motion for Relief from Stay - Personal Property filed by Creditor TOYOTA LEASE TRUST) The Hearing date is set for 7/23/2019 at 09:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.) (Entered: 06/27/2019) |
| 07/02/2019 | <u>24</u><br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 07/02/2019) |
| 07/05/2019 | <u>25</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)<u>24</u> Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 07/05/2019. (Admin.) (Entered: 07/05/2019) |
| 07/09/2019 | <u>26</u><br>(5 pgs) | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): <u>22</u> Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2018 TOYOTA RAV4 *with Proof of Service*. Fee Amount $181, filed by Creditor TOYOTA LEASE TRUST Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 07/09/2019) |

| | | |
|---|---|---|
| 07/26/2019 | <u>27</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Watson, Kathy. (Watson, Kathy) (Entered: 07/26/2019) |
| 07/26/2019 | <u>28</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Zilberstein, Kristin. (Zilberstein, Kristin) (Entered: 07/26/2019) |
| 08/06/2019 | <u>29</u><br>(6 pgs; 2 docs) | Notice of lodgment *OF ORDER IN BANKRUPTCY CASE RE ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 WITH PROOF OF SERVICE* Filed by Creditor TOYOTA LEASE TRUST (RE: related document(s)<u>22</u> Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2018 TOYOTA RAV4 *with Proof of Service*. Fee Amount $181, Filed by Creditor TOYOTA LEASE TRUST (Attachments: # 1 Exhibit) (Loftis Pacheco, Erica)). (Attachments: # <u>1</u> Exhibit) (Loftis Pacheco, Erica) (Entered: 08/06/2019) |
| 08/06/2019 | <u>30</u><br>(4 pgs) | Declaration re: *(SUPPLEMENTAL) IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY With Proof of Service* Filed by Creditor TOYOTA LEASE TRUST (RE: related document(s)<u>22</u> Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2018 TOYOTA RAV4 *with Proof of Service*. Fee Amount $181,). (Loftis Pacheco, Erica) (Entered: 08/06/2019) |
| 08/08/2019 | <u>31</u><br>(3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) (Related Doc # <u>22</u> ) Signed on 8/8/2019 (Smith, Cynthia Joyce) (Entered: 08/08/2019) |
| 08/10/2019 | <u>32</u><br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>31</u> Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 08/10/2019. (Admin.) (Entered: 08/10/2019) |
| 09/13/2019 | <u>33</u><br>(8 pgs) | Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $1,817.00, Expenses: $22.80. Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 09/13/2019) |
| 09/13/2019 | <u>34</u><br>(15 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)<u>33</u> Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $1,817.00, Expenses: $22.80. Filed by Debtor Mary Alida Luzuriaga). (Ure, Thomas) (Entered: 09/13/2019) |
| 10/01/2019 | <u>35</u><br>(32 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)<u>33</u> Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* f). (Ure, Thomas) (Entered: 10/01/2019) |

| | | |
|---|---|---|
| 10/07/2019 | <u>36</u><br>(2 pgs) | Order Granting Application of Attorney For Debtor For Additional Fees And Related Expenses in a Pending Chapter 13 Case Subject to a Rights And Responsibilities Agreement (BNC-PDF) (Related Doc # <u>33</u>) for Thomas B Ure, fees awarded: $1817.00, expenses awarded: $0 Signed on 10/7/2019. (Carranza, Shemainee) (Entered: 10/07/2019) |
| 10/09/2019 | <u>37</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>36</u> Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 10/09/2019. (Admin.) (Entered: 10/09/2019) |
| 10/21/2019 | <u>38</u><br>(49 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 725 S Valinda Ave., West Covina, CA 91790 . Fee Amount $181, Filed by Creditor US Bank Trust NA (Jaquez, Lemuel) (Entered: 10/21/2019) |
| 10/21/2019 | | Receipt of Motion for Relief from Stay - Real Property(2:19-bk-14089-VZ) [motion,nmrp] ( 181.00) Filing Fee. Receipt number 49955973. Fee amount 181.00. (re: Doc# <u>38</u>) (U.S. Treasury) (Entered: 10/21/2019) |
| 10/21/2019 | 39 | Hearing Set (RE: related document(s)<u>38</u> Motion for Relief from Stay - Real Property filed by Creditor US Bank Trust NA) The Hearing date is set for 11/19/2019 at 09:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.) (Entered: 10/21/2019) |
| 11/07/2019 | <u>40</u><br>(5 pgs) | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): <u>38</u> Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 725 S Valinda Ave., West Covina, CA 91790 . Fee Amount $181, filed by Creditor US Bank Trust NA) Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 11/07/2019) |
| 11/18/2019 | <u>41</u><br>(3 pgs) | Substitution of attorney Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 11/18/2019) |
| 11/22/2019 | <u>42</u><br>(3 pgs) | Substitution of attorney Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 11/22/2019) |
| 12/10/2019 | <u>43</u><br>(7 pgs) | Notice of lodgment Filed by Creditor US Bank Trust NA (RE: related document(s)<u>38</u> Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 725 S Valinda Ave., West Covina, CA 91790 . Fee Amount $181, Filed by Creditor US Bank Trust NA). (Jaquez, Lemuel) (Entered: 12/10/2019) |
| 12/11/2019 | <u>44</u><br>(7 pgs) | Notice of lodgment Filed by Creditor US Bank Trust NA (RE: related document(s)<u>38</u> Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 725 S Valinda Ave., West Covina, CA 91790 . Fee Amount $181, Filed by Creditor US Bank Trust NA). (Jaquez, Lemuel) (Entered: 12/11/2019) |
| 12/13/2019 | <u>45</u><br>(5 pgs) | Order Granting Motion for relief from the automatic stay; Settled by Stipulation "for additional information refer to image" REAL PROPERTY (BNC-PDF) (Related Doc # <u>38</u> ) Signed on 12/13/2019 (Johnson, Tina R.) (Entered: 12/13/2019) |
| 12/15/2019 | <u>46</u> | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>45</u> |

|  |  | Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 12/15/2019. (Admin.) (Entered: 12/15/2019) |
|---|---|---|
| 01/29/2020 | <u>47</u><br>(3 pgs) | Trustee's Motion to Dismiss Case *with proof of service.* (Curry (TR), Nancy) (Entered: 01/29/2020) |
| 02/12/2020 | <u>48</u><br>(4 pgs) | Opposition to (related document(s): <u>47</u> Trustee's Motion to Dismiss Case) *Opposition and Notice of Hearing to Trustee's Motion to Dismiss Chapter 13 under §1307(c); Declaration of Thomas B. Ure in Support Thereof* Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 02/12/2020) |
| 02/13/2020 | 49 | Hearing Set (RE: related document(s)<u>47</u> Trustee's Motion to Dismiss Case (batch)) The Hearing date is set for 3/9/2020 at 10:30 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.) (Entered: 02/13/2020) |
| 03/11/2020 | <u>50</u><br>(1 pg) | ORDER and Notice of dismissal arising from Motion to dismiss chapter 13 (11 U.S.C. Section 1307) - **Debtor** Dismissed.(BNC) (RE: related document(s)<u>47</u> Trustee's Motion to Dismiss Case (batch)) (Johnson, Tina R.) (Entered: 03/11/2020) |
| 03/13/2020 | <u>51</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)<u>50</u> ORDER and Notice of Dismissal arising from Motion to dism Ch 13 (11 U.S.C. Section 1307) (BNC)) No. of Notices: 8. Notice Date 03/13/2020. (Admin.) (Entered: 03/13/2020) |
| 03/17/2020 | <u>52</u><br>(7 pgs) | Application for Compensation *Application of Attorney for Debtor for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject To A Rights and Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(q)(6)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $6,000.00, Expenses: $0.00. Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 03/17/2020) |
| 03/17/2020 | <u>53</u><br>(14 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)<u>52</u> Application for Compensation *Application of Attorney for Debtor for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject To A Rights and Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(q)(6)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $6,000.00, Expenses: $0.00. Filed by Debtor Mary Alida Luzuriaga). (Ure, Thomas) (Entered: 03/17/2020) |
| 03/17/2020 | <u>54</u><br>(8 pgs) | Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $2,133.00, Expenses: $22.70. Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 03/17/2020) |
| 03/17/2020 | <u>55</u><br>(15 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)<u>54</u> Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* for Thomas B Ure, Debtor's Attorney, |

Period, to, Fee: $2,133.00, Expenses: $22.70. Filed by Debtor Mary Alida Luzuriaga. (Ure, Thomas) (Entered: 03/17/2020)

| | | |
|---|---|---|
| 03/19/2020 | 56 (8 pgs) | Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $1,422.00, Expenses: $22.70. Filed by Debtor Mary Alida Luzuriaga (Ure, Thomas) (Entered: 03/19/2020) |
| 03/19/2020 | 57 (15 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)56 Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* for Thomas B Ure, Debtor's Attorney, Period: to, Fee: $1,422.00, Expenses: $22.70. Filed by Debtor Mary Alida Luzuriaga). (Ure, Thomas) (Entered: 03/19/2020) |
| 04/07/2020 | 58 (21 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)56 Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* f). (Ure, Thomas) (Entered: 04/07/2020) |
| 04/07/2020 | 59 (20 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)52 Application for Compensation *Application of Attorney for Debtor for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject To A Rights and Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 301]. (Ure, Thomas) (Entered: 04/07/2020)* |
| 04/07/2020 | 60 (21 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)54 Application for Compensation *Application of Attorney for Debtor for Additional Fees and Related Expenses In A Pending Chapter 13 Case Subject To A Rights And Responsibilities Agreement (RARA) [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]* f). (Ure, Thomas) (Entered: 04/07/2020) |
| 04/23/2020 | 61 (2 pgs) | Order Granting Application of Attorney For Debtor For Allowance of Fees And Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights And Responsibilities Agreement (BNC-PDF) (Related Doc # 52) for Thomas B Ure, fees awarded: $6000.00, expenses awarded: $0 Signed on 4/23/2020. (Carranza, Shemainee) (Entered: 04/23/2020) |
| 04/23/2020 | 62 (2 pgs) | Order Granting Application of Attorney For Debtor For Additional Fees And Related Expenses in a Pending Chapter 13 Case Subject to a Rights And Responsibilities Agreement (BNC-PDF) (Related Doc # 54) for Thomas B Ure, fees awarded: $2133.00, expenses awarded: $22.70 Signed on 4/23/2020. (Carranza, Shemainee) (Entered: 04/23/2020) |
| 04/23/2020 | 63 (2 pgs) | Order Granting Application of Attorney For Debtor For Additional Fees And Related Expenses in a Pending Chapter 13 Case Subject to a Rights |

| | | |
|---|---|---|
| | | Loan Responsibilities Agreement(BNC-PDF) (Related Doc # 56) for Thomas B Ure, fees awarded: $1422.00, expenses awarded: $22.70 Signed on 4/23/2020. (Carranza, Shemainee) (Entered: 04/23/2020) |
| 04/25/2020 | 64 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)61 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 04/25/2020. (Admin.) (Entered: 04/25/2020) |
| 04/25/2020 | 65 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)62 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 04/25/2020. (Admin.) (Entered: 04/25/2020) |
| 04/25/2020 | 66 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)63 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 04/25/2020. (Admin.) (Entered: 04/25/2020) |
| 06/09/2020 | 67 (6 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 06/09/2020) |
| 06/09/2020 | 68 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to urelawfirm.com: Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)61 Order on Application for Compensation (BNC-PDF)). (Ure, Thomas) (Entered: 06/09/2020) |
| 06/09/2020 | 69 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :tom@urelawfirm.com: Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)62 Order on Application for Compensation (BNC-PDF)). (Ure, Thomas) (Entered: 06/09/2020) |
| 06/09/2020 | 70 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :tom@urelawfirm.com: Filed by Debtor Mary Alida Luzuriaga (RE: related document(s)63 Order on Application for Compensation (BNC-PDF)). (Ure, Thomas) (Entered: 06/09/2020) |
| 06/09/2020 | | Receipt of Request for a Certified Copy(2:19-bk-14089-VZ) [misc,paycert] ( 11.00) Filing Fee. Receipt number 51231261. Fee amount 11.00. (re: Doc# 68 ) (U.S. Treasury) (Entered: 06/09/2020) |
| 06/09/2020 | | Receipt of Request for a Certified Copy(2:19-bk-14089-VZ) [misc,paycert] ( 11.00) Filing Fee. Receipt number 51231261. Fee amount 11.00. (re: Doc# 69 ) (U.S. Treasury) (Entered: 06/09/2020) |
| 06/09/2020 | | Receipt of Request for a Certified Copy(2:19-bk-14089-VZ) [misc,paycert] ( 11.00) Filing Fee. Receipt number 51231261. Fee amount 11.00. (re: Doc# 70 ) (U.S. Treasury) (Entered: 06/09/2020) |
| 06/09/2020 | 71 | Certified Copy Emailed to tom@urelawfirm.com (Entered: 06/09/2020) |
| 07/15/2020 | 72 (2 pgs) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 07/15/2020) |
| 07/15/2020 | 73 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 07/15/2020) |

Bankruptcy Case Closed DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)5 Meeting (AutoAssign Chapter 13), 22 Motion for Relief from Stay - Personal Property filed by Creditor TOYOTA LEASE TRUST, 38 Motion for Relief from Stay - Real Property filed by Creditor US Bank Trust NA) (Ly, Lynn) (Entered: 07/16/2020)

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/28/2022 17:47:11 | | |
| **PACER Login:** | rfrazee64 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-bk-14089-VZ Fil or Ent: filed From: 11/30/2000 To: 2/28/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |