| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RoseAnn Frazee (SBN: 262516)<br>Frazee Law Group<br>5133 Eagle Rock Blvd<br>Los Angeles, CA 90041<br>Phone: (323) 274-4287<br>Fax: (323) 967-7600<br>roseann@frazeelawgroup.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Debtor | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>Mary Alida Luzuriaga<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:22-bk-10291-SK<br><br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 |

PLEASE TAKE NOTE that the order titled Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362

was lodged on (*date*) 03/17/2022 and is attached. This order relates to the motion which is docket number 27.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5133 Eagle Rock Blvd, Los Angeles, CA 90041

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/17/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Debtor's Attorney: RoseAnn Frazee   roseann@frazeelawgroup.com
Chapter 13 Trustee: Kathy A Dockery   EFiling@LATrustee.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Secured Creditor U.S. Bank Trust National Association: Erica T Loftis   bknotifications@ghidottiberger.com
Creditor: Thomas B Ure   tbuesq@aol.com, urelawfirm@jubileebk.net, tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 03/17/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Attorney for Movant:
Erica Loftis, Esq.
Adam P. Thursby, Esq.
GHIDOTTI BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/17/2022 | Denali Purvis | /s/ Denali Purvis |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RoseAnn Frazee (SBN: 262516)<br>Frazee Law Group<br>5133 Eagle Rock Blvd<br>Los Angeles, CA 90041<br>Phone: (323) 274-4287<br>Fax: (323) 967-7600<br>roseann@frazeelawgroup.com<br><br>☒ *Attorney for* Debtor<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Mary Alida Luzuriaga<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-10291-SK<br>CHAPTER: 13<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 03/16/2022<br>TIME: 08:30 a.m.<br>COURTROOM: 1575<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012 |
|---|---|

**Movant:** U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, its successors and/or assignees

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*
Lot 5, of Tract No. 18872, in the City of West Covina, County of Los Angeles, State of California, as per map recorded in Book 474 Pages(s) 19 and 20 of Maps, in the Office of the County Recorder of said County. Except therefrom all oil, oil rights natural gas rights, mineral rights all other hydrocarbon substances by whatsoever name known and all water, claims or rights to water tother with appurtenant rights thereto, with out however, any right to enter the surface of said land nor any portion of the surface lying above a depth of 500 feet, excepted or reserved by deed recorded April 14, 1953 as Instrument No. 1378 Official Records.

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:
   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown for relief from stay

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 1                                    F 4001-1.RFS.DENY.ORDER

e. ☐ No stay is in effect under:
   (1) ☐ 11 U.S.C. § 362(c)(2)(A)
   (2) ☐ 11 U.S.C. § 362(c)(2)(B)
   (3) ☐ 11 U.S.C. § 362(c)(3)(A)
   (4) ☐ 11 U.S.C. § 362(c)(4)(A)
f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                            F 4001-1.RFS.DENY.ORDER